JOHN J. MORRIS ET AL. *v*. ANGELO P. COSTA ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Howard C. Kaplan,* for the appellees (plaintiffs).

*Harold L. Rosnick,* for the appellants (defendants).

Argued October 7—decided October 7, 1975

FRANK GALLO *v*. LAWRENCE H. REILLY ET AL.

The plaintiff's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Leo Gold,* for the appellee (plaintiff).

*Warren W. Eginton,* for the appellant (defendant Darien Police Commission).

Argued October 7—decided October 7, 1975

ROBERT BAILEY *v*. TOWN OF STRATFORD ET AL.

The named defendant's motion dated September 16, 1975, and entitled "Motion of Defendant, Town of Stratford, for Reversal of Judgment Against It In Favor of Plaintiff Bailey for Abuse of Appeal Process Flowing from Delay in Filing His Appeal Brief and/or for Protective Orders de Interest on Said Judgment If Judgment Is Not Reversed as Herein Prayed For" is denied.

*Charles G. Albom,* for the appellant (named defendant).

*Samuel J. Lazinger,* for the appellant (defendant Ervin J. Hansen).

*Robert R. Sheldon,* for the appellee (plaintiff).

Argued October 7—decided October 7, 1975